PHILIP BENYOLA v. CITY OF CLIFTON.

September 5, 1984.

Petition for certification denied.

AURORA HONIG v. JERSEY AREA FOOD TRANSPORT, INC.

September 5, 1984.

Petition for certification denied.

ELIZABETH DEBREZNY v. DANIEL JEDINY.

September 5, 1984.

Petition for certification denied.

WILLIAM J. MADIGAN v. GENERAL DYNAMICS.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT HATCHER.

September 5, 1984.

Petition for certification denied.